# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE
# SOUTHERN DISTRICT OF ALABAMA

**OSCAR REED,**          *   CASE NO. 17-02555
                         *
**DEBTOR.**              *   CHAPTER 13

## SUMMARY OF AMENDMENTS TO CHAPTER 13 PLAN

COMES NOW, the Debtor, by and through the undersigned counsel, and hereby amends the Chapter 13 plan as follows:

1. The Debtor amends paragraph six (6) of the Plan to provide an AMP payment to Victoria Rivers in the amount of $11.

RESPECTFULLY SUBMITTED this 16th day of August, 2017.

/s/ Amanda L. McCleney
Amanda L. McCleney {MCC203}
Attorney for Debtor
Post Office Drawer 311167
Enterprise, Alabama 36331-1167
(334) 393-4357
(334) 393-0026 FAX
brockstout@enter.twcbc.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon the United States Bankruptcy Administrator; Daniel O'Brien, Chapter 13 Trustee (cdownload@13mob.com) by electronic noticing and by first class U.S. Mail, postage prepaid to all creditors on the attached matrix in accordance with the local rules of the Bankruptcy Court this 16th day of August, 2017.

/s/ Amanda L. McCleney
Amanda L. McCleney {MCC203}
Attorney for Debtor