| | | |
|---|---|---|
| Label Matrix for local noticing<br>1128-1<br>Case 17-02555<br>Southern District of Alabama<br>Mobile<br>Wed Aug 16 14:16:30 CDT 2017 | Ditech Financial LLC<br>PO Box 0049<br>Palatine, IL 60055-0049 | Mobile<br>201 St Louis Street<br>Mobile, AL 36602-2919 |
| AD Astra Recovery Services<br>7330 W 33rd St N Ste 118<br>Wichita KS 67205-9370 | Acceptance Loan Company<br>PO Box 245<br>Jackson AL 36545-0245 | Alabama Orthopaedic Clinic PC<br>3610 Springhill Memorial Drive North<br>Mobile AL 36608-1162 |
| (p)AZALEA CITY CREDIT UNION<br>5662 COTTAGE HILL RD<br>MOBILE AL 36609-4233 | Caine & Weiner<br>PO Box 5010<br>Woodland Hills CA 91365-5010 | (p)CAPSTONE BANK<br>ATTN LYNNE CEPHUS<br>2301 UNIVERSITY BLVD<br>TUSCALOOSA AL 35401-1543 |
| Credit Collection Service<br>725 Canton Street<br>Norwood MA 02062-2679 | Credit Control Services Inc.<br>725 Canton St.<br>Norwood MA 02062-2679 | Direc Management<br>4320 Downtowner Loop S Ste A<br>Mobile AL 36609-5447 |
| Ditech<br>PO Box 6172<br>Rapid City SD 57709-6172 | Drivetime<br>7300 East Hampton Avenue<br>Suite 101<br>Mesa AZ 85209-3324 | First Premier Bank<br>601 South Minnesota Avenue<br>Sioux Falls SD 57104-4868 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Ford Motor Credit Company, LLC<br>dba Mazda American Credit<br>c/o MacDowell & Associates Ltd. Inc.<br>P.O. Box 131029<br>Mt. Brook, AL 35213-6029 | Go Financial<br>Attn: Bankruptcy Department<br>PO Box 29294<br>Phoenix AZ 85038-9294 |
| Hoffman Furniture Company<br>413 Dauphin Street<br>Mobile AL 36602-2499 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Kametha Reed<br>76 Barnes Reed Road<br>Mc Intosh AL 36553-6910 | MacDowell & Associates<br>PO Box 131029<br>Mountain Brook AL 35213-6029 | Mediacom<br>1104 N Westover Blvd<br>Suite 1<br>Albany GA 31707-6626 |
| Progressive Insurance<br>PO Box 43258<br>Cleveland OH 44143-0258 | Santander Consumer USA<br>P.O Box 961245<br>Fort Worth,, TX 76161-0244 | Santander Consumer USA Inc.<br>Attn: Bankruptcy Department<br>PO Box 560284<br>Dallas TX 75356-0284 |
| Speedy Cash - Corp<br>PO Box 780408<br>Wichita KS 67278-0408 | Spina & Lavelle, PC<br>One Perimeter Park S<br>Suite 400N<br>Birmingham, AL 35243-3243 | State of Alabama<br>50 North Ripley Street<br>Montgomery AL 36132-0001 |

| | | |
|---|---|---|
| State of Alabama<br>Department of Revenue<br>Legal Division<br>PO Box 320001<br>Montgomery AL 36132-0001 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | US Attorney's Office<br>PO Box 197<br>Montgomery AL 36101-0197 |
| Victoria Rivers<br>2325 Coy Smith Hwy Lot E<br>Mount Vernon AL 36560-3105 | Why Not Lease It<br>1750 Elm St Ste 1200<br>Manchester NH 03104-2907 | Daniel B. O'Brien<br>Chapter 13 Trustee<br>P.O. Box 1884<br>Mobile, AL 36633-1884 |
| Michael Derek Brock<br>PO Drawer 311167<br>Enterprise, AL 36331-1167 | Oscar Reed Jr.<br>76 Barnes Reed Road<br>Mc Intosh, AL 36553-6910 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Azalea City Credit Union<br>1708 Dauphin Street<br>Mobile AL 36604 | Capstone Bank<br>3004 North College Ave<br>Jackson AL 36545 | Ford Motor Credit<br>DBA Mazda American<br>PO Box 62180<br>Colorado Springs CO 80962 |
| Jefferson Capital Systems, LLC<br>PO Box 7999<br>Saint Cloud MN 56302-9617 | T-Mobile USA Inc<br>Bankruptcy Dept<br>12920 Southeast 38th St<br>Bellevue WA 98006-1350 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)The Bank of New York Mellon Trust Company, | (u)Tanesha Reed | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients    2<br>Total    39 |