Form opaywage

GJC/1149552

# United States Bankruptcy Court
Southern District of Alabama
Case No. 17–02555
Chapter 13

PAYROLL
JUL 17 2017
RECEIVED

In re:

Oscar Reed Jr.
76 Barnes Reed Road
Mc Intosh, AL 36553

Social Security No.:
xxx–xx–1802

## WAGE DEDUCTION ORDER

TO: PAYROLL DEPT
TMS International, LLC
1155 Business Center Drive

The debtor has filed a Chapter 13 bankruptcy case. Oscar Reed Jr. has subjected all property and all future earnings to the control of this Court for as long as they are a debtor in Chapter 13. This Court has exclusive control over all of the debtor's future earnings which, after this date, are not subject to levy or garnishment except as explained below.

You are **ORDERED** to withhold from the wages, earnings or other income of the debtor the sum of $606.00 monthly payable according to your method of payment and remit these funds at least monthly until further order of this Court to:

Daniel B. O'Brien, Standing Trustee
Post Office Box 1779
Memphis, TN 38101–1779

You shall continue to pay these funds to the Court until you receive an order telling you to stop.

It is further **ORDERED** that you, as Employer, shall cease withholdings for ALL prior levy, garnishment or deduction orders from ANY OTHER COURT. This means that you shall stop withholding for alimony and child support too, EXCEPT ORDERS FOR CURRENT SUPPORT AND ALIMONY owed by the debtor (under § 30–3–61 of the Code of Alabama). (Child support and alimony arrerages that were incurred prior to the bankruptcy filing will be dealt with by the Court during the debtor's Chapter 13 case.)

It is further **ORDERED** that you, the Employer, are enjoined from imposing any type or form of penalty, from terminating or attempting (directly or indirectly) to terminate, and from taking any type or form of disciplinary or other coercive action against the employee–debtor because of the issuance and effect of this order. This order has been issued to implement the debtor's voluntary Chapter 13 plan as authorized by the Bankruptcy Code and Bankruptcy Rules.

It is further **ORDERED** that upon termination of the employee–debtor's employment, you, as Employer, shall notify the Standing Trustee immediately.

Dated: 7/11/17

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE

State AL M03

EMPLOYER: PLEASE COMPLETE AND RETURN TO:
CHAPTER 13 TRUSTEE, P. O. BOX 1884, MOBILE, AL 36633
☑ The debtor is employed by us and wages will be remitted at least once a month
___ The debtor is not employed by us. Debtor may now be employed by

TN–13    Code 65

Case 17-02555   Doc 23   Filed 08/17/17   Entered 08/17/17 15:47:08   Desc   Page 1 of 1