| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Oscar Reed Jr.** | Social Security number or ITIN | xxx–xx–1802 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Southern District of Alabama** | Date case filed for chapter 13 | 7/10/17 |
| Case number: | 17–02555 | | |

Official Form 309IReset

**Judge: JERRY C. OLDSHUE**

# Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Oscar Reed Jr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 76 Barnes Reed Road<br>Mc Intosh, AL 36553 | |
| 4. | **Debtor's attorney**<br>Name and address | Michael Derek Brock<br>PO Drawer 311167<br>Enterprise, AL 36331 | Contact phone: 334–393–4357<br>Email: brockstout@enter.twcbc.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Daniel B. O'Brien<br>Chapter 13 Trustee<br>P.O. Box 1884<br>Mobile, AL 36633 | Contact phone: (251) 438–4615<br>Email: cperry@ch13mob.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 201 St Louis Street<br>Mobile, AL 36602 | Hours open: 8:30 AM to 4:30 PM M–F – Bring Photo ID – No Electronics Allowed in Courthouse<br>Contact phone: (251) 441–5391<br>Date: 8/17/17 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 28, 2017 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**201 St. Louis St, Mobile, AL 36602** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/16/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/15/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/6/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of Plan, Hearing on Confirmation of Plan** | The debtor has filed a plan.<br>**Hearing on Confirmation of Plan**<br>The hearing on confirmation will be held: Date: **9/28/17**, Time: **09:30 AM**, Location: **201 St. Louis St, Mobile, AL 36602**<br>**DEADLINE**: Objections to confirmation of the Debtor(s) plan must be filed no later than 12:00 noon 2 days prior to the confirmation hearing. If an objection is filed, it will be heard at the confirmation hearing. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                                United States Bankruptcy Court
                                 Southern District of Alabama
```

In re:                                                                    Case No. 17-02555-JCO
Oscar Reed, Jr.                                                           Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 1128-1          User: phefferna              Page 1 of 2           Date Rcvd: Aug 17, 2017
                              Form ID: 309IRset            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2017.
```
db             +Oscar Reed, Jr.,    76 Barnes Reed Road,    Mc Intosh, AL 36553-6910
aty            +Paul J. Spina, III,    Spina & Lavelle, P.C.,    1 Perimeter Park S,    Suite 400N,
                 Birmingham, AL 35243-3243
tr             +Daniel B. O'Brien,    Chapter 13 Trustee,    P.O. Box 1884,    Mobile, AL 36633-1884
3138465        +AD Astra Recovery Services,    7330 W 33rd St N Ste 118,    Wichita KS 67205-9370
3138467       ++AZALEA CITY CREDIT UNION,    5662 COTTAGE HILL RD,    MOBILE AL 36609-4233
               (address filed with court: Azalea City Credit Union,     1708 Dauphin Street,    Mobile AL 36604)
3138466        +Alabama Orthopaedic Clinic PC,    3610 Springhill Memorial Drive North,    Mobile AL 36608-1162
3138468        +Caine & Weiner,    PO Box 5010,    Woodland Hills CA 91365-5010
3138472        +Direc Management,    4320 Downtowner Loop S Ste A,    Mobile AL 36609-5447
3139914        +Ford Motor Credit Company, LLC,    dba Mazda American Credit,
                 c/o MacDowell & Associates Ltd. Inc.,    P.O. Box 131029,    Mt. Brook, AL 35213-6029
3138477        +Go Financial,    Attn: Bankruptcy Department,    PO Box 29294,    Phoenix AZ 85038-9294
3138478        +Hoffman Furniture Company,    413 Dauphin Street,    Mobile AL 36602-2499
3138481        +Kametha Reed,    76 Barnes Reed Road,    Mc Intosh AL 36553-6910
3138482        +MacDowell & Associates,    PO Box 131029,    Mountain Brook AL 35213-6029
3138483        +Mediacom,    1104 N Westover Blvd,    Suite 1,    Albany GA 31707-6626
3138484         Progressive Insurance,    PO Box 43258,    Cleveland OH 44143-0258
3141345        +Spina & Lavelle, PC,    One Perimeter Park S,    Suite 400N,    Birmingham, AL 35243-3243
3138492        +Victoria Rivers,    2325 Coy Smith Hwy Lot E,    Mount Vernon AL 36560-3105
3138493        +Why Not Lease It,    1750 Elm St Ste 1200,    Manchester NH 03104-2907
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: brockstout@enter.twcbc.com Aug 18 2017 01:53:33      Michael Derek Brock,
                 PO Drawer 311167,    Enterprise, AL  36331
cr              E-mail/Text: bankruptcy.bnc@ditech.com Aug 18 2017 01:54:05      Ditech Financial LLC,
                 PO Box 0049,    Palatine, IL  60055-0049
3138464        +E-mail/Text: bpage@acceptanceloan.com Aug 18 2017 01:54:54      Acceptance Loan Company,
                 PO Box 245,    Jackson AL 36545-0245
3138469         E-mail/Text: ebn@capstonebankal.com Aug 18 2017 01:54:18      Capstone Bank,
                 3004 North College Ave,    Jackson AL 36545
3138470        +EDI: CCS.COM Aug 18 2017 01:43:00      Credit Collection Service,    725 Canton Street,
                 Norwood MA 02062-2679
3138471        +EDI: CCS.COM Aug 18 2017 01:43:00      Credit Control Services Inc.,    725 Canton St.,
                 Norwood MA 02062-2679
3138473         E-mail/Text: bankruptcy.bnc@ditech.com Aug 18 2017 01:54:05      Ditech,    PO Box 6172,
                 Rapid City SD 57709-6172
3138474        +EDI: DVTM.COM Aug 18 2017 01:43:00      Drivetime,    7300 East Hampton Avenue,    Suite 101,
                 Mesa AZ 85209-3324
3138476         EDI: FORD.COM Aug 18 2017 01:43:00      Ford Motor Credit,    DBA Mazda American,    PO Box 62180,
                 Colorado Springs CO 80962
3138475         EDI: AMINFOFP.COM Aug 18 2017 01:43:00      First Premier Bank,    601 South Minnesota Avenue,
                 Sioux Falls SD 57104-4868
3138479         EDI: IRS.COM Aug 18 2017 01:43:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia PA 19101-7346
3138480         EDI: JEFFERSONCAP.COM Aug 18 2017 01:43:00      Jefferson Capital Systems, LLC,    PO Box 7999,
                 Saint Cloud MN 56302-9617
3146908        +EDI: DRIV.COM Aug 18 2017 01:43:00      Santander Consumer USA,    P.O Box 961245,
                 Fort Worth,, TX 76161-0244
3138485         EDI: DRIV.COM Aug 18 2017 01:43:00      Santander Consumer USA Inc.,
                 Attn: Bankruptcy Department,    PO Box 560284,    Dallas TX 75356-0284
3138486        +E-mail/Text: bankruptcy@speedyinc.com Aug 18 2017 01:54:02      Speedy Cash - Corp,
                 PO Box 780408,    Wichita KS 67278-0408
3138488         EDI: ALDEPREV.COM Aug 18 2017 01:43:00      State of Alabama,    Department of Revenue,
                 Legal Division,    PO Box 320001,    Montgomery AL 36132-0001
3138487        +EDI: ALDEPREV.COM Aug 18 2017 01:43:00      State of Alabama,    50 North Ripley Street,
                 Montgomery AL 36132-0001
3138489         EDI: AISTMBL.COM Aug 18 2017 01:43:00      T-Mobile USA Inc,    Bankruptcy Dept,
                 12920 Southeast 38th St,    Bellevue WA 98006-1350
3138491         E-mail/Text: carol.brensing@usdoj.gov Aug 18 2017 01:53:49      US Attorney's Office,
                 PO Box 197,    Montgomery AL 36101-0197
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon Trust Company, N.A, as
3138490         Tanesha Reed
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2017 at the address(es) listed below:
              Daniel B. O'Brien    cperry@ch13mob.com,  cdownload@ch13mob.com
              Michael Derek Brock    on behalf of Debtor 1 Oscar  Reed, Jr. brockstout@enter.twcbc.com,
               bkbackup@managelawfirm.com;bankruptcy@managelawfirm.com
              Paul J. Spina, III    on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A, as
               Trustee for BankAmerica Manufactured Housing Contract Trust IV, Senior/Subordinate Pass-Through
               Certificates, Series 1998-1 pspina@spinalavelle.com
              Paul J. Spina, III    on behalf of Creditor   Ditech Financial LLC pspina@spinalavelle.com
                                                                                             TOTAL: 4